# MEMORANDUM DECISIONS.

ABBE, Appellant, v. ABBE, Respondent. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by Richard F. Abbe against Max F. Abbe. No opinion. Interlocutory judgment reversed, and judgment directed for plaintiff on demurrer, with costs, with leave to defendant to withdraw demurrer and answer within 20 days, on payment of the costs and of this appeal. Decided on argument.

ADRIAN, Respondent, v. ADRIAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by John Adrian against Rosina Adrian. No opinion. Motion granted, and order settled and filed with the clerk.

AMERICAN DISTRIBUTING CO., Respondent, v. NASSAU SHOW-CASE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by the American Distributing Company against the Nassau Show-Case Company, a corporation. No opinion. Judgment of the municipal court affirmed, with costs, on opinion in Dodge Mfg. Co. v. Nassau Show-Case Co. (decided herewith) 61 N. Y. Supp. 111.

APPLEBY v. SEWARDS et al. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Lorimer G. Appleby, trustee, etc., against Sophia Sewards and others. No opinion. Motion denied.

APPLEBY v. SEWARDS. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Lorimer G. Appleby against Sophia Sewards. No opinion. Motion granted, on payment of $10 costs of motion.

ARTHUR v. KINNEY. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Alfred Arthur against Melvin D. Kinney. No opinion. Order affirmed, with $10 costs and disbursements.

ARWINE, Respondent, v. WELLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Aaron M. Arwine against Julia M. Wells and Albert Wells. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

ASHOFF, Respondent, v. BARNES, Appellant. (City Court of New York, General Term. December 29, 1899.) Action by George Ashoff against Oliver W. Barnes. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Clark Bell,

for appellant. Lewis H. Freedman, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

In re ATKINSON. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) In the matter of the application of J. William Atkinson. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 792.

AUSTIN, Appellant, v. HICKOK, Respondent. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by James C. Austin against Elizabeth E. Hickok. No opinion. Judgment modified, as stated in an order settled and filed with the clerk.

BAGLEY v. CONSOLIDATED ICE CO. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by Cornelius Bagley against the Consolidated Ice Company. No opinion. Motion denied.

BAKER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Action by Samuel Baker, an infant, by Isaac Baker, his guardian ad litem, against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BALL, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Shirley B. Ball against Margaretta S. Johnson. No opinion. Judgment affirmed, with costs.

BANNIN v. GOLDBERG. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Michael E. Bannin against E. Townsend Goldberg. No opinion. Motion granted.

BARBER, Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Henry A. Barber against Henry L. Wheeler, as surviving administrator, etc. No opinion. Judgment affirmed, with costs.

BARNEY & SMITH CAR CO., Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO. et al., Appellants. SAME, Appellant, v. FLINT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Actions by the Barney & Smith Car Company against the Syracuse Rapid-Transit